**No. 54558.**—George Borgfeldt Corp. *v.* United States, protests 147903–K, 147904–K, and 148603–K (New York).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 21, 1950

**No. 54559.**—SUIT 4625.—Charles T. Wilson Company, Inc. *v.* United States.—

C. D. 1163 modified May 9, 1950.    C. A. D. 433.

BEFORE THE FIRST DIVISION, JULY 24, 1950

**No. 54560.**—Max Stern & Co. *v.* United States, protest 122056–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54561.**—S. Nathan & Co., Inc., et al. *v.* United States, protests 126560–K, etc. (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54562.**—Max Schuster *v.* United States, protests 128070–K, etc.    (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54563.**—Max Schuster *v.* United States, protests 130962–K, etc.    (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54564.**—Mutual Trading Company, Inc. *v.* United States, protests 148765–K and 151081–K (Los Angeles).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 24, 1950

**No. 54565.**—Schlumberger Well Surveying Corp. *v.* United States, protests 147290–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the galvanometers and parts thereof are similar in all material respects to the gradiometers, gravitymeters, and vertical field balances the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), respectively, the claim of the plaintiff was sustained.

**No. 54566.**—Schlumberger Well Surveying Corp. *v.* United States, protests 150021–K, etc. (Galveston).